# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE WINGO,<br><br>    Plaintiff-,<br><br>v.<br><br>TROVER SOLUTIONS, INC.,<br><br>    Defendant-. | NO. 3:17-CV-00846<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 1st day of December, 2017, **IT IS HEREBY ORDERED** that Plaintiff Denise Wingo's Motion to Remand this Action to State Court (Doc. 10) is **DENIED.**

 

                                                  /s/ A. Richard Caputo  
                                                  A. Richard Caputo  
                                                  **United States District Judge**